IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TERRY LYNN STURDEVANT, JR., Defendant. | CR 16-11-H-DLC  ORDER |

Defendant Terry Lynn Sturdevant, Jr. has filed an unopposed motion to vacate the preliminary hearing and set a detention hearing in this matter. (Doc. 167). Accordingly,

IT IS ORDERED that the motion is GRANTED. Defendant's preliminary hearing set for August 28, 2025 is VACATED.

IT IS FURTHER ORDERED that a detention hearing is set for August 28, 2025 at 1:30 p.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

DATED this 28th day of August, 2025.

Kathleen L. DeSoto
United States Magistrate Judge

1